**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:09CR97 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ALYSSA KERR, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Petition for Action on Conditions of Pretrial Release (Petition) regarding defendant Alyssa Kerr (Kerr) (Filing No. 82). On June 2, 2009, Kerr was ordered released upon conditions pending further proceedings (Filing No. 47). Kerr was to reside at the Well Halfway House in Norfolk, Nebraska, and to comply with various conditions of pretrial release. On August 26, 2009, Pretrial Services Officer Todd Beacom submitted a Petition alleging Kerr had violated the conditions of her release by leaving the Well Halfway House and failing to maintain contact with Pretrial Services. A warrant for Kerr's arrest was issued.

Kerr appeared before the undersigned magistrate judge on October 19, 2009. She was represented by Julie A. Frank. The United States was represented by Special Assistant U.S. Attorney Martin J. Conboy, IV. After being advised of the nature of the allegations, her rights, and the consequences if the allegations were found to be true, Kerr admitted the allegations of the Petition. The court finds the allegations of the petition are generally true and Kerr has violated the conditions of her release.

The court took judicial notice of the Pretrial Services Violation Report. After providing both parties an opportunity for allocution as to disposition and considering the report of Pretrial Services, I find the Order Setting Conditions of Release should be revoked.

**IT IS ORDERED:**

1. The Petition For Action on Conditions of Pretrial Release (Filing No. 82) is granted.

      2.      The June 2, 2009, Order Setting Conditions of Release of Alyssa Kerr is hereby revoked.

      3.      The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

      DATED this 19th day of October, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge